UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REVEREND DR. KAMAL K. ROY,

        Plaintiff,

   v.

GEORGE W. BUSH, et al.

        Defendants.

CASE NO. C07-484-JCC

ORDER

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 5), presumably of this Court's Order denying leave to proceed *in forma pauperis* (Dkt. No. 3). Motions for reconsideration are governed by Local Civil Rule 7(h), which provides in pertinent part that "[m]otions for reconsideration are disfavored" and that the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rules W.D. Wash. CR 7(h)(1). Plaintiff's largely illegible filing makes no such showing. Accordingly, Plaintiff's motion for reconsideration is DENIED.

SO ORDERED this 18th day of May, 2007.

John C. Coughenour
United States District Judge

ORDER – 1